**No. 09-9529. Cesar de la Garza, Petitioner v. Joan Fabian, Commissioner, Minnesota Department of Corrections.**

559 U.S. 1111, 130 S. Ct. 2412, 176 L. Ed. 2d 931, 2010 U.S. LEXIS 3753,

May 3, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 574 F.3d 998.